UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ELIJAH N. WALKER,

    Plaintiff,

v.

PHOENIX LAW PC,

    Defendant.

Case No. 1:23-cv-00745-DII

## AFFIDAVIT FOR ENTRY OF DEFAULT

I, Nathan C. Volheim, being duly sworn, states as follows:

1. I am the attorney for Plaintiff, Elijah N. Walker, in the above-captioned case.

2. On July 12, 2023, Plaintiff served the Summons and a copy of the Complaint filed in the above captioned matter upon Phoenix Law PC's registered agents Jenn Bautista, with the Lawyers Incorporating Service. [Dkt No. 6]

3. A responsive pleading to the Complaint was due on August 2, 2023. No response was tendered within the time allowed by law, nor has the Defendant sought additional time within which to respond.

4. To date, Defendant has not filed any responsive pleading to Plaintiff's Complaint, nor has it sought an extension.

5. Defendant's deadline to file a responsive pleading to Plaintiff's Complaint has expired.

6. To the best of my knowledge, Defendant is not an infant, not in the military, and not an incompetent person.

1

2

s/ Nathan C. Volheim
Nathan C. Volheim, *Esq.*
*Counsel for Plaintiff*

Case 1:23-cv-00745-DII   Document 7-1   Filed 08/09/23   Page 2 of 2

2