UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ELIJAH N. WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>PHOENIX LAW PC,<br><br>    Defendant. | Case No. 1:23-cv-00745-DII |

### ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

Plaintiff, ELIJAH N. WALKER, by and through the undersigned, having filed with this Court his Motion for Clerk's Entry of Default and the Court having reviewed same, hereby ORDERES:

1. An Entry of Default shall be entered against the Defendant, Phoenix Law PC.

Dated: _____

/s/_____
Judge, U.S. District Court