**MAR 20 2023**

Deposit Journal ... | + $303.67
Income

**MAR 20 2023**

Deposit Journal ... | + $303.67
Income

**MAR 20 2023**

Deposit Journal ... | + $303.67
Income

**MAR 10 2023**

Data | – $303.67
Uncategorized

**MAR 7 2023**

Direct Pay | – $303.67
Business Services

**FEB 7 2023**

Direct Pay | – $303.67
Business Services

**DEC 7 2022**

Direct Pay | – $303.67
Uncategorized

**NOV 7 2022**

Direct Pay | – $303.67
Uncategorized

**OCT 11 2022**

Legal Serv Co Data | – $303.67
Uncategorized

**SEP 8 2022**

Legal Serv Co Data | – $303.67
Uncategorized

HOME | TRANSFER | DEPOSIT A CHECK | BILL PAY | MENU

**MAY 10 2021**

| | Web Data Coast ... Transfer | – $303.67 |

**APR 8 2021**

| | Web Data Coast ... Transfer | – $303.67 |

**MAR 9 2021**

| | Web Data Coast ... Transfer | – $303.67 |

**FEB 9 2021**

| | Web Data Coast ... Transfer | – $303.67 |

**JAN 8 2021**

| | Web Data Coast ... Transfer | – $303.67 |

**DEC 8 2020**

| | Web Data Coast ... Transfer | – $303.67 |

**NOV 30 2020**

| | Litiga Practice Paycheck | + $303.67 |

**OCT 8 2020**

| | Coast Uncategorized | – $303.67 |

**SEP 9 2020**

| | Coast Uncategorized | – $303.67 |

**Page totals:** Credits: [5] **$1,518.35**
Debits: [26] **– $7,895.42**

| HOME | TRANSFER | DEPOSIT A CHECK | BILL PAY | MENU |

5:16

🔍  ▼  $⇄

**303.67**  ✕

### MAY 17 2023

| Deposit Journal ... Income | **+ $303.67** |

### MAY 8 2023

| Phxlaw Data Bills & Utilities | **− $303.67** |

### MAR 20 2023

| Deposit Journal ... Income | **+ $303.67** |

### MAR 20 2023

| Deposit Journal ... Income | **+ $303.67** |

### MAR 20 2023

| Deposit Journal ... Income | **+ $303.67** |

### MAR 10 2023

| Data Uncategorized | **− $303.67** |

### MAR 7 2023

| Direct Pay Business Services | **− $303.67** |

### FEB 7 2023

| Direct Pay Business Services | **− $303.67** |

HOME  |  TRANSFER  |  DEPOSIT A CHECK  |  BILL PAY  |  MENU

**AUG 9 2022**

| Legal Serv Co Data | – $303.67 |
| Uncategorized | |

**JUL 8 2022**

| Legal Serv Co Data | – $303.67 |
| Uncategorized | |

**JUN 8 2022**

| Litigation Pract | – $303.67 |
| Uncategorized | |

**MAY 10 2022**

| Litigation Pract | – $303.67 |
| Uncategorized | |

**APR 8 2022**

| Legal Serv Co Data | – $303.67 |
| Legal | |

**OCT 7 2021**

| Lpg | – $303.67 |
| Uncategorized | |

**SEP 7 2021**

| Lpg | – $303.67 |
| Uncategorized | |

**AUG 9 2021**

| Lpg | – $303.67 |
| Uncategorized | |

**JUL 8 2021**

| Coast | – $303.67 |
| Uncategorized | |

**JUN 8 2021**

| Web Data Coast ... | – $303.67 |
| Transfer | |

| HOME | TRANSFER | DEPOSIT A CHECK | BILL PAY | MENU |