UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ELIJAH N. WALKER,<br><br>  Plaintiff,<br><br>v.<br><br>PHOENIX LAW PC,<br><br>  Defendant. | Case No. 1:23-cv-00745-DII<br><br>Hon. Judge Docket II |

**ATTORNEY FEES AND COSTS**

**Attorney Fees:**

| Date | Description | Attorney/Staff | Rate | Time | Amount |
|---|---|---|---|---|---|
| 6/29/2023 | Reviewed of documents verify potential causes of action, researched proper Defendant, verified facts to determine if all elements of CROA, TCSOA and TCDSMA are present | Attorney | $375.00 | 0.5 | $187.50 |
| 6/29/2023 | Drafted Complaint | Attorney | $375.00 | 2.2 | $825.00 |
| 6/30/2023 | Filed Complaint | File Clerk | $125.00 | 0.5 | $62.50 |
| 7/10/2023 | Filed request for summons and sent to process server for service | File Clerk | $125.00 | 0.2 | $25.00 |
| 7/17/2023 | Filed Executed Summons | File Clerk | $125.00 | 0.2 | $25.00 |
| 8/9/2023 | Drafted Motion for Entry of Default | Paralegal | $125.00 | 0.7 | $87.50 |
| 8/9/2023 | Reviewed Motion for Entry of Default | Attorney | $375.00 | 0.3 | $112.50 |

| 8/9/2023 | Filed Motion for Entry of Default and mailed to counsel | Paralegal | $125.00 | 0.5 | $62.50 |
|---|---|---|---|---|---|
| 8/31/2023 | Drafted Motion for Default Judgment | Attorney | $375.00 | 2.1 | $787.50 |
| | | | | | $2,175.00 |

**Costs:**
| | |
|---|---|
| Filing Fee | $ 402.00 |
| Service(R.O.S. Consulting, Inc.) | $ 85.00 |
| Mailing Cost | $ 19.30 |
| **Total Costs:** | **$ 506.30** |

**Grand Total**
| | |
|---|---|
| Attorney Fees | $ 2,175.00 |
| Costs | $ 506.30 |
| **Total** | **$ 2,681.30** |