UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ELIJAH N. WALKER, <br><br> Plaintiff, <br><br> v. <br><br> PHOENIX LAW PC, <br><br> Defendant. | Case No. 1:23-cv-00745-DII <br><br> Hon. Judge Docket II |

**DEFAULT JUDGMENT ORDER**

1. Judgment by default is entered in favor of Plaintiff ELIJAH N. WALKER and against Defendant, PHOENIX LAW PC, as follows:

    a. Actual Damages         $ 8,806.43

    b. Attorney fees          $ 2,175.00

    c. Costs                  $ 506.30

2. Allowing judgement interest to be added per diem.

Dated: _____, 2023

Entered:

/s/_____